IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN C. MONTGOMERY,         )<br>                                                       )<br>         Petitioner/Defendant,   )<br>                                                       )<br>vs.                                                )<br>                                                       )<br>UNITED STATES of AMERICA ,  )<br>                                                       )<br>         Respondent/Plaintiff.     ) | CIVIL NO. 10-cv-356-DRH<br><br>CRIMINAL NO. 06-cr-30071 |

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255

Petitioner pleaded guilty, pursuant to a written plea agreement, to one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On March 20, 2008, Petitioner was sentenced 188 months imprisonment, 5 years supervised release, a $100 assessment, and a $750 fine. Petitioner filed a direct appeal, but the decisions of this Court were affirmed by the Seventh Circuit Court of Appeals. *United States v.* Montgomery No. 08-1690 (7th Cir., affirming district court February 13, 2009). Petitioner sought, but was denied, a petition for a writ of certiorari from the Supreme Court of the United States. *Montgomery v. United States*, 129 S.Ct. 2413 (2009).

In his § 2255 motion, Petitioner contends that both his trial counsel and his appellate counsel provided him ineffective assistance.

The Court **ORDERS** the Government to file a response to Petitioner's motion within

**THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

      **IT IS SO ORDERED.**

      **DATED:** July 13, 2010

      /s/    DavidRHerndon
      **DISTRICT JUDGE**