## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CALVIN C. MONTGOMERY**,

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**                                                    **No. 10-CV-0356-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petition to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 12, 2012, the petition is **DENIED** and this cause of action is **DISMISSED** with prejudice.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:_____ /s/**Sandy Pannier**_____
**Deputy Clerk**

Dated: June 12, 2012

Digitally signed by
David R. Herndon
Date: 2012.06.12
14:37:01 -05'00'

APPROVED:
                CHIEF JUDGE
                U. S. DISTRICT COURT